UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KARL W. RHODES | CASE NO. |
| VS | JUDGE |
| TRANSOCEAN, LTD, TRANSOCEAN DEEPWATER, INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN HOLDING, LLC, TRITON ASSET LEASING GMBH, BP, PLC, BP PRODUCTS OF NORTH AMERICA, INC., BP EXPLORATION & PRODUCTION, HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, WEATHERFORD INTERNATIONAL, LTD., CAMERON INTERNATIONAL CORPORATION, d/b/a CAMERON SYSTEMS CORPORATION, and MI SWACO | MAG. JUDGE  JURY TRIAL REQUESTED |

**Affidavit**

STATE OF LOUISIANA

PARISH OF LAFAYETTE

    Karl W. Rhodes, who after being first duly sworn by me according to law, did depose and declare that he is the claimant in the above and foregoing petition, which he had read, and all of the allegations of facts contained in it are true and correct to the best of his knowledge, information, and belief; that he is a seaman and desires to file and prosecute this admiralty suit under benefit of the

provisions of 28 U.S.C. § 1916.

       SWORN TO AND SUBSCRIBED before me 18th day of May, 2010.

                                                             KARL W. RHODES

                              NOTARY PUBLIC
                    Richard R. Kennedy - Bar # 7788
                    My Commission Expires: At Death

N:\Client\RhodesK\Pleadings\Petition\Seaman Affidavit.wpd